UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY GLEASON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFF LYNCH, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-0253 AC P<br><br><br>ORDER |

　　　　Plaintiff, a former inmate at California State Prison – Sacramento, is proceeding pro se with a civil rights action under 42 U.S.C. § 1983 and has filed an application to proceed in forma pauperis. See ECF Nos. 1 at 1-1, 2, 5.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　While plaintiff was incarcerated, he submitted the appropriate documents which made the showing required by 28 U.S.C. § 1915(a)(2).  See ECF Nos. 2, 5.  However, since doing so, plaintiff has been released from prison.  See generally ECF No. 1 at 1.  If plaintiff still wishes to proceed in forma pauperis, he must submit an updated application under § 1915(a)(1).  See DeBlasio v. Gilmore, 315 F.3d 396, 398 (4th Cir. 2003); Adler v. Gonzalez, No. 1:11-cv-1915-LJO-MJS (PC), 2015 WL 4041772, at *2 (E.D. Cal. July 1, 2015), report and recommendation adopted, 2015 WL 4668668 (E.D. Cal. Aug. 6, 2015).

////

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall, as a one-time courtesy, send plaintiff copies of the following:

1. An Application to Proceed in District Court Without Prepaying Fees or Costs;
2. A copy of the complaint (ECF No. 1);
3. The prisoner new case documents (see ECF No. 3), and
4. A copy of the docket.

IT IS FURTHER ORDERED that within thirty days of the date of this order, plaintiff shall either:

1. Submit an updated application to proceed IFP in accordance with 28 U.S.C. 1915(a)(1), or
2. Pay the $402.00 filing fee in full.

Plaintiff is warned that failure either to submit an updated application or pay the filing fee will result in a recommendation that this action be dismissed without prejudice for failure to prosecute.

DATED: February 23, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE